IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**CLEVELAND WILLIAMS**                                                              **PLAINTIFF**

**VS.**                           **CIVIL ACTION NO. 1:17-cv-56-SA-DAS**

**WAL-MART STORES, INC.**                                          **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiff, Cleveland Williams**,** through his attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, and the Court, understanding that counsel for Defendant, Wal-Mart Stores, Inc., joins in with this motion, finds that the relief requested is well founded and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that the herein styled and numbered cause be, and the same hereby is, dismissed with prejudice.

SO ORDERED, this the 8 day of January, 2018.

                                                       /s/ Sharion Aycock
                                                       UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:

| | |
|---|---|
| s/ Thomas M. Louis | s/ Angela L. Jones |
| Thomas M. Louis (MSB #8484) | Angela L. Jones (MSB #102108) |
| Dorissa S. Smith (MSB #104541) | Jones and Stennett, P.A. |
| Wells Marble & Hurst, PLLC | P. O. Box 7369 |
| P. O. Box 131 | Tupelo, MS 38802 |
| Jackson, MS 39205-0131 | *Attorney for Plaintiff* |
| *Attorneys for Defendant, Wal-Mart Stores, Inc.* | |